# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Teresa Lorenz, | **Case No. 13-cv-986 (PJS/SER)** |
| Plaintiff, | |
| v. | |
| JPMorgan Chase, | |
| Defendant, | **ORDER** |

Teresa Lorenz, *Pro Se*, 7811 209th Street North, Forest Lake, Minnesota 55025.

Calvin P. Hoffman and Timothy M. Kelley, Esqs., Stinson Leonard Street LLP, 150 South Fifth Street, Suite 2300, Minneapolis, Minnesota 55402, for Defendant.

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment [Doc No. 39] is **GRANTED**, and this action is dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 12/30/14, 2014

                                                   s/Patrick J. Schiltz
                                                   Patrick J. Schiltz
                                                   United States District Judge